UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRUNO SCOTTI.,

Plaintiff,

-against-

VELOCITY GROUP USA, INC.,

Defendant.

Civil Action No. 19-cv-3487

AFFIDAVIT OF SERVICE

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 3rd day of July, 2019 at approximately the time of 11:20 AM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent personally served the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on **DROPBOX, INC.** by delivering and leaving with Sue Zouky, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Sue Zouky is a white female, approximately 60 years of age, stands 5 feet 6 inches tall, weight approximately 145 pounds with brown hair.

Jeffrey Teitel

Sworn to before me
This 3rd day of July, 2019

Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

Civil Action No.

AFFIDAVIT OF SERVICE